IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:25-CV-00262

| | |
|---|---|
| DEVINCEO J. PRIESTER | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF REMOVAL** |
| | ) |
| BOJ OF WNC, LLC | ) |
| | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that Defendant BOJ of WNC, LLC, ("Defendant") by and through its attorneys and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby removes the above titled action which is pending as Case No. 25CV003368-100 in the General Court of Justice, Superior Court Division, Buncombe County, North Carolina, to the United States District Court for the Western District of North Carolina, Asheville Division. By filing this Notice of Removal, Defendant does not waive and hereby expressly reserves the right to assert any defense or motion available in this action after it is removed to this Court.

In support of its Notice of Removal, Defendant states as follows:

## NATURE OF THE ACTION

1. On June 6, 2025, Plaintiff Devinceo Priester ("Plaintiff") filed a *pro se* purported Complaint in the General Court of Justice, Superior Court Division, Buncombe County, North Carolina titled *Devinceo J Priester v. Bojangles*, Case No. 25CV003368-100. The filing was styled as a handwritten note and alleges only that he "got hurt on [the] job" and "fire[sic] from my job[.]" Plaintiff attached to his purported Complaint a March 19, 2025 Notice of Right to Sue letter to him

1

from the Equal Employment Opportunity Commission ("EEOC") for EEOC Charge No. 430-2023-02344.

2. The Buncombe County Sheriff's Office served Defendant with the Summons and a copy of the purported Complaint on July 14, 2025. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, and all other pleadings, orders, and other papers or exhibits of every kind, now on file with the General Court of Justice, Superior Court Division, Buncombe County, North Carolina are attached hereto as Exhibit A.

## **BASIS FOR REMOVAL**

3. On its face, the Complaint does not specify the cause of action under which Plaintiff seeks redress. However, the EEOC Notice of Right to Sue letter attached to the Plaintiff's purported Complaint makes clear that Plaintiff intends to pursue claims under the federal laws enforced by the EEOC. That letter informed Plaintiff of his Right to Sue pursuant to EEOC Charge No. 430-2023-02344 ("Charge"). Plaintiff filed the Charge on May 3, 2023, alleging violations of the Americans with Disabilities Act of 1990 ("ADA") and Title VII of the Civil Rights Act of 1964 ("Title VII"), including a failure to accommodate claim under the ADA, and race discrimination and retaliation under Title VII. *See* Notice of Charge of Discrimination, attached hereto as Exhibit B. *See, e.g.*, *Umelo v. RHA Health Servs.*, No. 5:11-CV-440-F, 2011 WL 5580987, at * 1 (E.D.N.C. Nov. 10, 2011); *see, e.g.*, *Jackson v. Dist. Hosp. Partners, L.P.*, No. 18-1978, 2019 WL 3502389, at *4 (D.D.C. Aug. 1, 2019) (removal to federal court was proper where the defendant attached the Notice of Charge of Discrimination from the EEOC).

4. Accordingly, Plaintiff's purported Complaint implicates federal law, specifically Title VII and the ADA. To the extent that Plaintiff's *pro se* Complaint is also interpreted as bringing additional claims under state law pertaining to the termination of his employment, such

claims would be within the supplemental jurisdiction of this Court under the provisions of 28 U.S.C. § 1367. Any state law claims in this matter would be based on a common nucleus of operative fact that would be so related to the federal claims that they would form the same case or controversy.

5. Pursuant to 28 U.S.C. §§ 1331 and 1367, this Court has original and supplemental jurisdiction over this action because Plaintiff's ADA and Title VII claims arise under the Constitution, laws, or treaties of the United States and any state law claim(s) would create the same case or controversy as the federal claims. A civil action brought in state court that could have originally been brought in federal court may be removed to the federal court by the defendant. *Discover Bank v. Barrett*, No. 3:23-cv-00767-FDW-DCK, 2024 WL 2160848, at *2 (W.D.N.C. May 14, 2024).

6. Pursuant to 28 U.S.C. § 1441(a), venue is proper in this Court and Division because this court is the District Court embracing the place where the action is pending in Superior Court, as this case was originally filed in the General Court of Justice, Superior Court Division in Buncombe County, North Carolina.

### TIMELINESS OF REMOVAL

7. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed and served within thirty (30) days after Defendant's receipt on July 14, 2025 of a copy of the initial pleading setting forth the claims for relief upon which this action is based.

### NOTICE OF REMOVAL PROVIDED TO STATE COURT

8. Prompt written Notice of Removal is being served upon Plaintiff and filed with the Clerk of Court of the General Court of Justice, Superior Court Division, Buncombe County, North

Carolina, as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing as to the Notice of Removal is attached hereto as Exhibit C.

## CONCLUSION

Removal is proper because this action falls within this Court's original federal question jurisdiction and, if it is determined that any state law claims are implicated by the purported Complaint, supplemental jurisdiction. Removal is timely being made to the Western District of North Carolina which embraces the place where this action is pending. Defendant, having met all procedural requisites for removal and having paid the appropriate filing fee, respectfully requests that the Court take jurisdiction over this action and conduct all further proceedings.

Respectfully submitted this the 12th day of August, 2025.

/s/ **Shannon Sumerell Spainhour**
Shannon Sumerell Spainhour
N.C. State Bar No. 28108
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
84 Peachtree Road, Suite 230
Asheville, NC 28803
Telephone: 828-575-5818
Facsimile: 828-277-5138
Email: mspainhour@constangy.com

/s/ **Alexis M. Holloway**
Alexis M. Holloway
N.C. State Bar No. 61775
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
One West 4th Street, Ste 850
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112
Email: amholloway@constangy.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing **NOTICE OF REMOVAL** was served on the *pro se* Plaintiff by depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

>Devinceo Priester
>1059 Old Leicester Hwy
>Asheville, NC 28748
>*Pro Se Plaintiff*

This the 12th day of August, 2025.

>**/s/ Shannon Sumerell Spainhour**
>Shannon Sumerell Spainhour
>N.C. State Bar No. 28108
>CONSTANGY, BROOKS, SMITH &
>PROPHETE, LLP
>84 Peachtree Road, Suite 230
>Asheville, NC 28803
>Telephone: 828-575-5818
>Facsimile: 828-277-5138
>Email: mspainhour@constangy.com